**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00431-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     TERRANCE HURT,
2.     DETRICH DOWDELL,

        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that a status/scheduling hearing regarding Defendants Hurt and Dowdell is set **Monday, November 9, 2009 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendants must be present.




Dated:  October 23, 2009