**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00431-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      TERRANCE HURT,
2.      DETRICH DOWDELL,

        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a change of plea hearing is set for Defendant Dowdell on **Friday, November 13, 2009 at 9:00 a.m.**  Defendant Hurt shall file his motions on or before **November 30, 2009.**  A motions scheduling hearing is set for Defendant Hurt on **Thursday, December 3, 2009 at 9:00 a.m.**

Dated: November 9, 2009