**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00431-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     DETRICH DOWDELL,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a change of plea hearing regarding **Defendant Dowdell** is set **Friday, November 13, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  November 9, 2009

_____